

# THE STATE OF TEXAS
## MANDATE

TO THE 5TH DISTRICT COURT OF BOWIE COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 18th day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Roderick Beham, Appellant          No. 06-14-00174-CR

v.          Trial Court No. 14 F 0004 005

The State of Texas, Appellee

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, the judgment of the trial court relating to the conviction is affirmed. We reverse the judgment of the trial court and remand the cause for a new trial on punishment.

We note that the appellant, Roderick Beham, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 17th day of November, A.D. 2015.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*